IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ISIAH DANIELS,

    Petitioner,               No. CIV S-10-3347 DAD P

    vs.

GARY SWARTHOUT, Warden,

    Respondent.           ORDER

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        On March 24, 2011, respondent filed a motion to dismiss. Petitioner had not filed an opposition to the motion, so on May 10, 2011, the court issued an order to show cause and ordered petitioner to file an opposition within twenty-one days. Petitioner has since filed his opposition. Good cause appearing, the court will discharge its order to show cause.

/////
/////
/////
/////
/////

1

Accordingly, IT IS HEREBY ORDERED:

1. The court's May 10, 2011 order to show cause is discharged; and

2. Respondent shall file a reply, if any, within fourteen days of the date of this order.

DATED: June 7, 2011.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
dani3347.dch